UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA CASE NO.: 26-cv-80082-
REINHART

J'VENTE DEVEAUX,

Plaintiff,

vs.

THE POTS,

Defendant.

________________________________________/

**REPORT AND RECOMMENDATION OF DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE**

Po Se Plaintiff, J'Vente Deveaux, filed a Complaint on January 23, 2026, alleging discrimination and retaliation under Title VII against Defendant, The Pots. ECF No. 1. Plaintiff failed to pay the requisite filing fee of $405.00, but filed a motion to proceed *in forma pauperis*. ECF No. 3. The Court denied the motion without prejudice and instructed Plaintiff to complete and file the long form financial affidavit attached to the Order. ECF No. 5. The Order warned Plaintiff that failure to comply with the Order or pay the filing fee may result in dismissal of the case without further notice. *Id*. Plaintiff did not file the affidavit, nor did Plaintiff pay the filing fee. To date, Plaintiff has failed to comply with the Court's Order. Accordingly, the Complaint should be dismissed. *El v. Tony*, No. 19-61638-CIV, 2019 WL 13215373, at *2 (S.D. Fla. Oct. 23, 2019) (dismissing complaint without prejudice for failure to pay filing fee or file proper IFP motion); *Fulmore v. Inch*, No. 21-CV-22572-RAR, 2021 WL 3270058, at *1 (S.D. Fla. July 30, 2021) (same).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss Plaintiff's Complaint without prejudice.

## DISTRICT JUDGE ASSIGNMENT

Pursuant to Administrative Order 2025-11, I submit my findings in a Report and Recommendation because the Plaintiff has not yet been given an opportunity to be noticed of the opt-out procedures on Magistrate Judge Jurisdiction. **Accordingly, the Clerk of Court is DIRECTED to assign a District Judge.**

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the assigned District, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 10th day of August 2026.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE