**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-80082**

**J'VENTE DEVEAUX,**

Plaintiff,

v.

**THE POTS,**

Defendant.
_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REQUIRING PLAINTIFF TO EITHER PAY FILING FEE OR FILE COMPLIANT MOTION**

Pending before the Court is a Report and Recommendation (the "Report") [ECF No. 6] recommending that this Court dismiss Plaintiff's Complaint [ECF No. 1] without prejudice. No objections were served and filed within fourteen (14) days of Plaintiff being served with a copy of the Report. Pursuant to Federal Rule of Civil Procedure 72, having reviewed the Report and record for clear error, the Court agrees with the Report's analysis and recommendation. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation [ECF No. 6] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. Furthermore, on or before October 1, 2026, Plaintiff shall either pay the Clerk's filing fee of $405.00 or, in the alternative, file a motion to proceed in forma pauperis on the authorized form, "Application to Proceed Without Prepayment of Fees and Affidavit," which may be obtained from the Clerk of the Court, or an affidavit which substantially follows the form, and shall, under oath, set forth information which establishes that he or she is unable to pay the fees and costs of the proceedings.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

4. If the filing fee is paid, the check or money order must bear Case Number 26-cv-80082-EA so the fee will be docketed in the correct case.

5. Plaintiff is cautioned that this is Plaintiff's **final opportunity** to file a compliant motion for leave to proceed in forma pauperis, and failure to either file a compliant motion or pay the filing fee will result in dismissal of this case without prejudice and without further notice.

**ORDERED AND DONE** in Chambers in West Palm Beach, Florida, this 1st day of September 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies served:

J'Vente Deveaux
6901 Okeechobee Blvd
D5 AM526
West Palm Beach, FL 33411
Email: jvente777@gmail.com
PRO SE